

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 16, 2022

**BY ECF**

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*[Handwritten: The 12/21/22 conference is adjourned. Govern't will submit report on 2/8/23. So ordered. Paul A. Crotty USDJ]*

**Re:** *United States v. Carlos Ramirez, a/k/a "Guerra,"* **20 Cr. 22 (PAC)**

Dear Judge Crotty:

      The Government respectfully submits this letter to provide a status update and to request that the status conference currently set for December 21, 2022 be adjourned *sine die* and that the Government instead be permitted to submit a status letter to the Court in February 2023. It is the Government's understanding that the defendant has been designated to the Federal Medical Center at Devens and that his transfer will occur on or before the end of January 2023. Because evaluation of the defendant for restoration to competency will not commence until he arrives at Devens, the Government will not have a further update for the Court until February 2023. The Government has conferred with counsel for the defendant, and they join in the Government's request to adjourn the December 21, 2022 conference.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

by:   /s/
      Celia V. Cohen
      Assistant United States Attorney
      (212) 637-2466