**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 6, 2023

**BY ECF**

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> The request is GRANTED. The parties shall submit another status letter to the Court on or before April 28, 2023.
>
> Date: February 10, 2023
>
> SO ORDEDED
>
> U.S. District Judge

Re:   *United States v. Carlos Ramirez, a/k/a "Guerra,"* **20 Cr. 22 (PAC)**

Dear Judge Crotty:

The Government respectfully submits this letter to provide a status update regarding defendant Carlos Ramirez. The Government has learned from the U.S. Marshals that the defendant will not be moved to FMC Devens (the facility to which he has been designated for a court-ordered evaluation) for approximately 90 days due to limited bed space. The Government has provided this information to the defendant's counsel, and all parties request that they be permitted to submit another status letter to the Court on or before April 28, 2023.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:   /s/
Celia V. Cohen
Assistant United States Attorney
(914) 993-1921