

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 18, 2023

**By ECF**

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
New York, New York 10007

      Re:    *United States v. Carlos Ramirez,* 20 CR 22 (PAC)

Dear Judge Crotty:

      The Government writes on behalf of the parties to request respectfully an adjournment of the conference scheduled for earlier today, December 18, 2023—when the parties understand the Court was indisposed—to January 8, 2024 at 2:30 PM, a date and time that the parties understand is convenient to the Court.  On December 5, 2023, the Court received a report from the Bureau of Prisons ("BOP") that was prepared pursuant to the Order of the Court dated November 3, 2022 and that concludes the defendant is mentally competent to proceed to trial (the "Report").  Having received the Report from the Court on December 12, 2023, the parties will prepare to address its finding and the path forward in this case on the adjournment date.  In the interim, with the consent of the defendant, the Government respectfully requests that the Court exclude time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(1)(A) and (7)(A) from today, December 18, 2023 through the date of any adjournment, on the basis that the proceedings to determine the mental competence of the defendant continue and that the interests of the public and the defendant in a speedy trial are outweighed here by the interests of the defendant in having the opportunity with counsel to review the Report and further to renew preparations for a possible and forthcoming trial and also to consider the possibility of any pretrial disposition in light of the Report.

      Respectfully submitted,

12/19/2023
The December 18 conference is rescheduled to January 8, 2024 at 2:30PM. Time is excluded through January 8, 2024.

*/s/ Paul A. Crotty*

DAMIAN WILLIAMS
United States Attorney

By: */s/ Thomas John Wright*
    Celia V. Cohen
    Jacqueline C. Kelly
    Thomas John Wright
    Assistant United States Attorneys
    (914) 993-1921 / (212) 637-2456 / 2295

cc: Kelley Sharkey, Ken Womble, and Marlon Kirton (Counsel to Defendant Carlos Ramirez)