UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
     -v-                                                      :      20-CR-22-3 (JMF)
:
CARLOS RAMIREZ, :           ORDER
:
                       Defendant. :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       It turns out that the Court may be unavailable to try this case on July 15, 2024, as scheduled.  The Court could try it beginning on either June 24 or 25, 2024, or beginning on September 9 or 10, 2024.  The parties shall promptly confer and, no later than **March 15, 2024**, submit a joint letter stating their views (including whether either party objects to changing the date) and, if applicable, whether time should be excluded under the Speedy Trial Act through a new trial date.

       SO ORDERED.

Dated: March 11, 2024
       New York, New York
                                                      JESSE M. FURMAN
                                                      United States District Judge