UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
             :
UNITED STATES OF AMERICA,         :
             :
       -v-                   :        20-CR-22-3 (JMF)
             :
CARLOS RAMIREZ,               :        ORDER
             :
          Defendant.       :
             :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The Court has received two letters in connection with this case.

       The first letter (with attachment), dated March 25, 2024, is from defense counsel and concerns a potential conflict of interest. The letter was filed *ex parte*, but the Court sees no reason that it cannot be disclosed to the Government or, for that matter, filed publicly in light of the presumption in favor of public access to judicial documents. Unless and until the Court orders otherwise on proper motion, defense counsel shall file the letter and attachment on ECF no later than **March 28, 2024**.

       The second letter is from the Defendant, dated March 13, 2024. The letter, a copy of which has been sent to defense counsel, will be maintained under seal.

       The parties are hereby ORDERED to appear for a conference to discuss the contents of both letters on **April 2, 2024,** at **10:30 a.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007.

       SO ORDERED.

Dated: March 26, 2024
       New York, New York
                                              JESSE M. FURMAN
                                              United States District Judge