UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
-v-  :  S1 20-CR-22-3 (JMF)
:
CARLOS RAMIREZ, :  ORDER
:
Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

  As discussed on the record during the conference held earlier today, the C.J.A. attorney on duty today, Jesse M. Siegel, is hereby appointed to represent Defendant Carlos Ramirez for the limited purpose of advising him with respect to any pretrial motion to dismiss the superseding indictment. To be clear: Mr. Siegel is not appointed for any other purpose, including trial. Counsel of record, Marlon Kirton, will continue to represent Defendant for all purposes, including trial. **Mr. Kirton shall promptly contact Mr. Siegel and provide him with the relevant background. Mr. Siegel shall promptly contact Defendant.**

  SO ORDERED.

Dated: August 8, 2024
   New York, New York

                      JESSE M. FURMAN
                      United States District Judge