# KIRTON LAW FIRM

_____

*Marlon G. Kirton, Esq.*

_____

*Nassau County:*
*175 Fulton Avenue, Suite 305*
*Hempstead, New York 11550*
*Tel. # (516) 833-5617*
*Fax # (516) 833-5620*

August 13, 2024

VIA ELECTRONIC FILING

Hon. Jesse M. Furman
United States District Court
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

Application GRANTED. The Clerk of Court is directed to strike ECF No. 211 from the docket and to terminate ECF No. 213.

SO ORDERED.

*[signature]*

August 13, 2024

Re: *US v. Santana et al., 20 cr. 00022 (PAC)*

Dear Judge Furman:

    I represent Carlos Ramirez in the above-referenced matter. Earlier today, I filed two versions of the Defense Proposed Voir Dire questions.[1] Please delete the first version as it is not text searchable.[2]

    Please contact me if you have any questions or concerns.

    Sincerely,

*Marlon Kirton*
Marlon G. Kirton, Esq.

    cc: All Counsel (via electronic filing)

---

[1] US PACER Docket Entries #211 and #212.

[2] This Court's Rules prefers text searchable filings.

1