UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------

UNITED STATES OF AMERICA,   20 cr. 22 (JMF)

ORDER

against,

CARLOS RAMIREZ

        Defendant.

---------------------------------------------------------

Based upon the letter submitted by Defense Counsel dated August 25, 2024:

IT IS HEREBY ORDERED that the Hudson County Correctional Center located at 30-35 South Hackensack Ave, Kearny, NJ 07032-4690, expand access to the law library to 10 hours per week for inmate: **Carlos Ramirez, Register No.: 368694**.

The Clerk of Court is directed to terminate ECF No. 230.

Dated: August 25, 2024

      New York, New York

SO, ORDERED.

_____

HON. JESSE M. FURMAN

United States District Judge