UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK X
UNITED STATES OF AMERICA,

-against-

ORDER
S1 20 CR 22 (JMF)

CARLOS RAMIREZ,
         Defendant.
_____X

JESSE M. FURMAN, U.S.D.J.

    Upon the application of Alain V. Massena, Esq., and Marlon Kirton., counsel for Carlos Ramirez, the defendant in the above captioned case;

    IT IS HEREBY ORDERED, that the Hudson County Correctional Center allow the following clothing to be admitted for CARLOS RAMIREZ, Register Number S1 20 CR 22 (JMF), for his upcoming trial beginning on September 9, 2024.

1. 2 Slacks
2. 3 Shirts
3. 2 Ties
4. 3 Pairs of Socks
5. 1 Pair of Shoes with no laces
6. ~~1 Belt~~
7. 1 Sweater
8. 3 Under shirts

    IT IS FURTHER ORDERED, that the Hudson County Correctional Center accept appropriate replacement clothing as needed during the trial which is expected to last three (3) weeks.

The Clerk of Court is directed to terminate ECF No. 243.

Dated: September 5, 2024
      New York, New York.

SO ORDERED:

Jesse M. Furman
UNITED STATES DISTRICT JUDGE

2