UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

CARLOS RAMIREZ,

                Defendant.

------------------------------------------------------------X

20-CR-22-3 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

       Attached to this Order are the following (with juror signatures redacted):

- Court Exhibit 1, which is a note received from the jury on September 20, 2024; and

- Court Exhibit 2, which is the jury's signed verdict form.

       SO ORDERED.

Dated: September 20, 2024
       New York, New York

                                          _____
                                              JESSE M. FURMAN
                                              United States District Judge

**COURT EXHIBIT 1**

# JURY NOTE

The jury has reached a verdict.

Date: 9/20/24

Time: 3:57

Foreperson's Signature

**COURT EXHIBIT 2**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

   -v-

CARLOS RAMIREZ,

                        Defendant.

------------------------------------------------------------X

S1 20-CR-22-3 (JMF)

**VERDICT FORM**

*All Answers Must Be Unanimous*

**Count One – Racketeering Conspiracy**

As to Count One, how do you find the defendant CARLOS RAMIREZ?

   Guilty  ✓   Not Guilty  ___

If and only if you find defendant guilty of Count One, which type or types of racketeering crimes do you find were involved in the offense?

   Acts Involving Murder, Attempted Murder, or Conspiracy to Commit Murder

      Proved  ✓   Not Proved  ___

   If you find that the offense involved acts involving murder, attempted murder, or conspiracy to commit murder, how many such acts do you find were involved in the offense?

      One ___   Two ___   More Than Two ✓

   Acts Involving Robbery, Attempted Robbery, or Conspiracy to Commit Robbery

      Proved  ✓   Not Proved  ___

   If you find that the offense involved acts involving robbery, attempted robbery, or conspiracy to commit robbery, how many such acts do you find were involved in the offense?

      One ___   Two ___   More Than Two ✓

*Please Turn to the Next Page*

<u>Acts Involving Distribution of or Possession with Intent to Distribute Controlled Substances and Conspiracy to Do the Same</u>

  Proved __✓__     Not Proved _____

If you find that the offense involved acts involving distribution of or possession with intent to distribute controlled substances and conspiracy to do the same, how many such acts do you find were involved in the offense?

  One _____  Two _____  More Than Two __✓__

**Count Two** – **Murder of Michael Beltre, a/k/a "Sofoke," in Aid of Racketeering**

As to Count Two, how do you find the defendant CARLOS RAMIREZ?

  Guilty __✓__     Not Guilty _____

**Count Three** – **Murder of Michael Beltre, a/k/a "Sofoke," Through the Use of a Firearm**

As to Count Three, how do you find the defendant CARLOS RAMIREZ?

  Guilty __✓__     Not Guilty _____

*Please Turn to the Next Page*

*After completing the Verdict Form, please sign your names below and fill in the date and time.*



Foreperson

Date and Time: 9/20/24  3:57 pm

*Once you have signed the Verdict Form, please give a note — NOT the Verdict Form itself — to the Court Security Officer stating that you have reached a verdict. The foreperson should retain the official Verdict Form to be handed to the Judge in open court.*