# KIRTON LAW FIRM

---

*Marlon G. Kirton, Esq.*

_____

*Nassau County:*
*175 Fulton Avenue, Suite 305*
*Hempstead, New York 11550*
*Tel. # (516) 833-5617*
*Fax # (516) 833-5620*

October 7, 2024

VIA ELECTRONIC FILING

Hon. Jesse M. Furman
United States District Court
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

The Court will disregard Doc. #274, 275, and 278. The Clerk of Court is directed to terminate Doc. #274 and 280.

SO ORDERED.

*[signature]*

October 8, 2024

Re: *US v. Santana et al.*, 20 cr. 00022 (JMF)

Dear Judge Furman:

    I represent Carlos Ramirez in the above-referenced matter. I filed a post-verdict motion on Friday. I made a few non-substantive changes to a few documents. I request the Court strike docket numbers #274, #275, and #278. The other filings will constitute the Defense post-verdict motions.

    Please contact me if you have any questions or concerns.

Sincerely

*Marlon Kirton*
Marlon G. Kirton, Esq.

cc: All Counsel (via electronic filing)

1