# KIRTON LAW FIRM

*Marlon G. Kirton, Esq.*

_____

*Nassau County:*
*175 Fulton Avenue, Suite 305*
*Hempstead, New York 11550*
*Tel. # (516) 833-5617*
*Fax # (516) 833-5620*

November 6, 2024

VIA ELECTRONIC FILING

Hon. Jesse M. Furman
United States District Court
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

**Application GRANTED. A conference is scheduled for November 19, 2024, at 10:30 a.m. The Clerk of Court is directed to terminate Doc. # 300.**

**SO ORDERED.**

*[signature]*

**November 7, 2024**

Re: *US v. Santana et al., 20 cr. 00022 (JMF)*

Dear Judge Furman:

    I represent Carlos Ramirez in the above-referenced matter. I spoke to Mr. Ramirez earlier this week, and he told me he wants new counsel. I request that this Court schedule a conference to resolve this matter. I won't be available from November 11-15, 2024; however, Associate Counsel Massena is available to appear next week. I am otherwise available to attend the conference.

    Please contact me if you have any questions or concerns.

Sincerely

*Marlon Kirton*
Marlon G. Kirton, Esq.

cc: All Counsel (via electronic filing)

1