LAW OFFICE OF
# JESSE M. SIEGEL

(Tel) 212-207-9009  
(Fax) 212-619-6742

299 Broadway, Suite 800  
New York, New York 10007

JesseMSiegel@aol.com

December 16, 2024

> Application GRANTED. Sentencing is hereby ADJOURNED to **March 19, 2025, at 10:30 a.m.** The Clerk of Court is directed to terminate Doc. #303. SO ORDERED.
>
> /s/ Jesse M. Furman
> December 17, 2024

**BY ECF**

Hon. Jesse M. Furman, District Judge  
United States District Court for the  
Southern District of New York  
Thurgood Marshall U.S. Courthouse  
40 Foley Square  
New York, NY 10007

Re: *United States v. Ramirez*, 20 Cr. 22 (JMF).

Dear Judge Furman:

    As newly-appointed counsel to Carlos Ramirez, I request that sentencing, currently scheduled for January 9, 2025, be adjourned to a date convenient for the Court in or after the middle of March. I have spoken with A.U.S.A. Timothy Ly, who joins this request.

    Among other things, an adjournment is necessary because the Presentence Interview has not yet been done. I have spoken with P.O. Johnny Kim, and we are prepared to do the PSI on January 7th. We propose that the first disclosure of the Presentence Report be on or before January 27th and the final report due by February 24th.

    I note that I have not yet finished reviewing the record. I do not anticipate any issues arising that would require additional briefing, but will make another application should that be necessary.

    Thank you for your attention to this application.

Very truly yours,

/s/  
Jesse M. Siegel