LAW OFFICE OF
### JESSE M. SIEGEL
70 Lafayette Street, 2nd Floor
New York, NY 10013

(Tel) 212-207-9009                                                                                      jessemsiegel@aol.com

March 7, 2025

**BY ECF**

Hon. Jesse M. Furman, District Judge
United States District Court for the
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

                Re: *United States v. Ramirez*, 20 Cr. 22 (JMF).

Dear Judge Furman:

      As counsel to Carlos Ramirez, I request that the conference scheduled for March 13th at 9:30 be re-scheduled to March 12th at noon, a date and time at which I understand the Court is available. I make this request because I have a doctor's appointment scheduled in the morning of March 13th.

      I have spoken with A.U.S.A. Timothy Ly; the government is available on March 12th at noon.

      Thank you for your attention to this application.

                                                          Very truly yours,

                                                          /s/
                                                          Jesse M. Siegel