UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                              :
:
 -v-                                                  :   20-CR-022-3 (JMF)
:
CARLOS RAMIREZ,                                       :   ORDER
:
                           Defendant.                 :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Court received the attached submission, dated September 3, 2025, from Defendant Carlos Ramirez. The parties should be prepared to address it at sentencing on September 30, 2025, at 10:30 a.m. in Courtroom 24B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007 (which is the undersigned's new courtroom).

      SO ORDERED.

Dated: September 26, 2025
       New York, New York                                      JESSE M. FURMAN
                                                                     United States District Judge

The Honorable Jesse M. Furman  
United States District Judge  
40 Foley Square  
New York, New York 10007

**Carlos Ramirez (defendant)**                                                                  *Date: September 3, 2025*

Dear judge Furman:

I am respectfully addressing this letter to your honor seeking today your honor understanding of my innocence and your honor guidance. As today sentences it's around the corner and the attorney Carlos Santiago it giving me a run around the pots-trial and pre-sentences issues which are needed to be resolved before sentences. On top of it, I am conflicted with getting sentences while been innocence, I am very confused and just don't know what to do.

I am asking for your honor guidance and your honor advices because I really don't know what to do myself. But before I go any farther asking for you honor help, I first want to apology and ask for your honor forgiveness for behaving erratically or contrarily as how I should've act at your court room during most instances of trial. It was never my intention to disrespect your honor, please forgive me if I did. My whole trial behavior was nothing else but an act of rebellion behind been innocent and force to go to trial without proper representation to prove it. In addition, my innocence and the belief that regardless of anything it was impossible that I could've been found guilty encouraged me to act careless. I recognize what I did was dumb, I know my nonchalant attitude was not well taken by your honor or the jury. Again, I want to apology and beg for your honor forgiveness.

Now on the issue at hand, I need your honor guidance regarding the next step I should take on my situation because I know am innocent but don't know what I should do about it. I am really conflicted with getting sentenced while been innocent. There are a lot of reasons for which I should not be sentenced and for which your honor needs to intervene in the interest of justice. I will produce in this letter a resume of all the case issues but will offer details of just the presentences issues for your honor to have a some understanding of my situation, and in case your honor need any detail information on any of the issue below I will gladly provide it.

All the case issues are the following:

❖ <u>**Pre-Trial issues**</u>

- Alleged Agents Misconducts during the investigation and persecution of this case.
- Grand Jury Prosecutorial Misconduct.
- The dead penalty.
- The denial of all pre-sentences Motions including the Bill of Particular.
- Falsely declared "Incompetent to stand trial" two months before the December 2022 trial.

   (Strategically to buy time and seek the compromising physical evidences they presented against me at the 2024 trial)

- The deliberate coordination for the occurrences of the Santana Incident.
- The transfer to MFC Devens for the competence evaluation.
- The transfer to MFC Devens of the MDC staff who was to testified at my trial.
- The deprivation before trial of discovery materials, 3500 material and all other evidences against me.
- The issue of not having adequate and fair trial preparation.
- Defense counsel failure to train me and prepare me to take the stand.
- The deprivation by my attorneys of the right to participate in preparing the defense.
- The deprivation of the right to defense myself in general.
- Defense counsel's failure to address my brother testimony and Garcia credibility in a timely manner before trial.
- Defense team investigator failure to investigate requested defense witness.
- Defense Counsel Marlon Kirton general pre-trial ineffective assistances.

### ❖ Trial Issues

- The violation of my 6th amendments right to defense myself against the prosecution allegation in a fair and unbiases trial with a juror of my peers, receive proper representation and present witness and evidences on my behalf.
- Garcia's perjured testimony.
- Lies at Bueno, Lappost, Ms. Marshall and Mr. Monette testimony.
- Issues with the investigative analyst Hannah Lauth presented evidences and testimony.
- Issue with the translation and transcription of my trial testimony.

**EVIDENCES**

- Issue with the admission of the Instagram picture with an incriminating caption not created by me and which was not found on my property, possession or internet page.
- Issue with the admission of the MFC Devens Gang Assessment Form and the issue around the legality and creation of the form.
- Issue with the prosecution display of my tattoo at trial, falsely relating it to Sunset and using it as a character evidences to produce an arbitrary jury decision.
- Issue with some of the English translation of the evidences.
- The prosecution omission of the following exculpatory evidences:

-Beltre incident DD5 and witness statements.
-Correa incidents DD5 and witness statements.
-Correa incidents videos.
-Correa incident NYPD Bronx Gang Squad Investigation Report.
-Ramirez 2013-2014 social media record.

-Other exculpatory evidences.

- Marlon Kirton omission of the following defense evidences:

-Beltre incident Evidences from the Bronx DA investigation.
-Santana's jail phone calls recording. (Admissible through the witness Iris Lappost who participated in majority of the calls with Santana.)
-My employment record alibi.
-Certain Correa incident witness statements.
-Correa incident videos.
-Ramirez SIS interview tape recording of the Santana Incident.
-Santana incident victim statement.
-Other existing exculpatory evidences.

- Marlon Kirton omission of the following defense witness:

- *Xaviel Sampol A/k/a Flaco Loco*

[Sampol has been a federal CI for several years who was willing to testified for the defense. Sampol have relevant information about this case because Sampol was Sunset primera during and prior to the Beltre incident. Sampol was to testified about Sunset, the Beltre incident, and others relevant Sunset affairs. He also was to testified that I never became a Sunset member, that the alleged kidnapping incident never occurred and that Sunset Burnside did not exist as Garcia alleged in his testimony. In addition, Sampol was to testified that after Beltre murder incident Sunset dissolved as a group on the street and was no longer active until Santana and Bueno got release from jail on 2017.]

- *Yoraidison Ramirez*

[Ramirez is my brother who was to testified about the incident that occurred the night before the Correa incident that leaded to the Correa incident. On that incident my brother was almost killed after been brutally assaulted with knives and machetes by masked unknown individuals while he was walking alone down the stair after coming out of a Halloween party from the same apartment party in which Correa was the security door man. The next night they had another party in the same apartment where I went to retaliated on behalf of my brother and unintentionally killed by mistake the security doorman of the party at the door while intending to just shot someone on the leg. Months later my brother ended up assaulting the owner or resident of the apartment. Neither victim of our retaliation were gang members and both me and my brother incidents had only one accuser. No other incident occurred in retaliation of either incidents or the assault on my brother, reflecting that none of the incidents or the people involved were gang related.]

-<u>Juanny Peralta.</u>

[She is the mother of my daughter who I lived with around Burnside on 2014. She was to testified about the Correa incident and regarding the summer of 2014 Garcia's false allegations.]

-<u>My brother in law cousin</u>.

[Whose real name I don't know and who, if founded and is willing to testified like the other witnesses, was to testified about becoming aware of Santana scheme to get me killed and to go rescuing me before Santana was about to carried his plans to kill me the day after the Beltre incident. In addition, he was to testified how he started hiding me until my mother came up with the money to buy a plane ticket to send me to Dominican Republic in fear of the threat on my life.]

❖ **Counsel issues**

- Defense Counsel Marlon Kirton deliberate ineffective assistances.
- Defense Counsel Marlon Kirton act of denying me to testified in Spanish and forcing me to testified in English.
- Defense Counsel Allan Massena failure to conduct a proper job during Josue Garcia cross- examination.
- Defense Counsel Allan Massena failure to conduct a cross-examination on Mr. Monette testimony.
- AUSA Mr. Wright engaged in Prosecutorial Misconduct by asking me a question he knew not to be true during Cross-Examination. *{A trial Prosecutor Misconduct that elicited a reaction from me that could had be misinterpreted as a smile to the question instead of a smirk at the prosecutor audacity of asking me a question he knew not to be true.}*
- AUSA Mr. Harper Misconduct at the closing arguments.
- Other trial prosecutorial misconduct.

❖ **Post-Trial Issues**

- The complete production of the trial transcripts.
- The production of the discovery evidences, 3500 material and all other documentary and material evidences of the alleged conspiracy.
- Marlon Kirton rule 29 motion.
- Jesse Siegel pre-sentences ineffective assistances.
- Prosecution internet propaganda campaign of defamation against me base on my tattoo which they're using to falsely claim that the tattoo represents two murder I had committed and that I have diabolical belief.
- The PSR issues.

❖ **Pre-Sentences Issues**

- The PSR is incomplete.
- Rule 33 motion for new trial.

### ~***PSR Issue***

Your Honor the PSR Report its incomplete on personal background information and the information in the report about the case also contain prejudicial errors which made the actual PSR Report not adequate to use it for my sentences as for federal sentences procedures a proper PSR report its needed as instrument for sentences.

If a proper PSR report ended up been necessary I request to be interview again by a different probation officer or to be giving the opportunity to use the actual PSR report as a guide to make all the necessaries changes and adding the missing information myself.

## **Rule 33 motion for new trial**

Your honor, I also have been asking my lawyers to file a rule 33 motion for new trial in light that I am entitle to a new trial base on the ground that my conviction is shown to be based upon Garcia false testimony. I will provide your honor the information that will reasonably satisfied that testimony given by material witness Josue Garcia is false and that without it, jury might have reached different conclusion.

I have been trying to submit a proper Rule 33 motion for new trial through my lawyers but they are not providing me adequate assistances of counsel. If I had received proper assistances this motion would've been file a long time ago and the others pre-sentences issues would've also been resolved.

In addition, I want to make the references to your honor that Garcia credibility was in question to the Prosecution Office before my trial. The prosecution admitted that Garcia denied to them the accusation of a cooperator witness who reported to his prosecutor about Garcia getting involved in sex act for payment at the jail with another cooperator witness who after been confronted admitted of having sex with Garcia but denied the payment accusation saying he just helped Garcia buy drugs, commissary and a cellphone contraband at the jail while Garcia after been confronted denied the accusation altogether. This was sufficient grounds and a red flag for the prosecution to verify Garcia testimony before presented to a jury in a case of this magnitude where the mandatory minimum sentence is life in prison.

## Summary or information in support of Rule 33 Motion

Garcia's whole testimony about me was false. I never even interacted with or knew Garcia on 2013-2014. The evidences to verify the credibility of Garcia testimony and which contradict everything Garcia testified about are all over the discovery evidences of the case. The implication that the prosecution possesses those evidences and reviewed on the preparation of this case indicate that the prosecution knows or should had known of falsehoods on Garcia's testimony.

In relation of the Correa incident, Garcia falsely testified about his presences and participation on the incident while the prosecution encouraged the testimony through the direct examination and knowingly supported Garcia false testimony during the closing statement of the trial when the prosecution possesses dozens of surveillance videos of the Correa incident from different cameras and angles of the whole street which supported that Garcia allegation of been present with others outside the building during the Correa Incident were totally false. The related videos could show the front and outside of the building where appear there was nobody outside the building before, during or after the incident. This videos also show that no one accompanied me to the building. That I arrived alone and leave alone on the same direction I came from contradicting Garcia's testimony of his alleged participation on the incident.

The prosecution also possesses the DD5 and NYPD investigation of the Correa incident where its reflected by witness's testimony, that I went inside the party and later came out with someone I knew who was smoking hookah at the party. That I talked to this guy outside who told me the people from the party were the ones responsible for my brother assault before he left while I stood on the stair. It passes like 15 minutes before the incident occurred at the door of the party which also contradicted Garcia's testimony. Garcia also testified that I meet him and others at Devoe Park on Fordham Road and Loring Place, that we all went there to plan a mission. But allegedly by Garcia testimony when we got to the building they stood downstairs after I said "give me a second" and that I went up alone before they hear gun shots and tried to go up but I came down and told him "I did what I had to do". But Garcia testimony do not concur with the timing of the events documented on the NYPD DD5's reports by eyes witness at the scene and also the videos surveillances give him up too, as not been there present at all.

The prosecution possesses the Correa incident NYPD DD5's where there is a specific report of a witness testimony who said that she looked out the window after hearing gunshots and had the chances of seen the shooter coming out the building alone and running up the block. The direction she referred to and also surveillance videos support was the contrary direction from where Garcia alleged "I arrived with him and others" after meeting on Devoe Park. Videos and her interview testimony demonstrated that neither Garcia nor others were outside in front of the building during the incident as Garcia alleged on his testimony.

The Prosecution possesses the NYPD Bronx Gang Squad Investigation Report of the investigation that was conducted in relation to the Correa incident in which the investigators concluded that after interviewing all witnesses, reviewing videos and conducting a throughout investigation, the Correa incident was not gang related.

In relation to the Beltre incident, Garcia testified to be present around the scene while identifying himself as a kid with a school uniform that is on video going in the McDonald just minutes before the Beltre incident. The kid Garcia identified as him its seen going inside the McDonald straight to order food and it is not seen sitting, hanging out or interacting with the Sunset members at the McDonald. There's no dispute about that kid not been a gang member and that he was in the McDonald for the purpose of buying and eating food and not for the purpose of hanging out with gang members at the restaurant.

Garcia testified that I walked towards Beltre while Bueno followed me as Bueno also testified the same. But the videos of the restaurant tell a different story, they clearly show Bueno leading the way while I was the one following him. Garcia also testified that he heard me calling out Beltre and telling him "that I need to have a talk with him" when the camera clearly shows Bueno approaching Beltre while I was behind and did not said anything to Beltre. In addition, Garcia testified that "a few long minutes passed" before someone named 28 came inside the McDonald and told the Sunset member that Sofoke (Beltre) was shot when really not a long period passed between Beltre coming out the McDonalds and the incident.

Garcia further testified to staying at the scene after the ambulance left and going after directly to Iris apartment on 183 and Davidson. However, his testimony it is not plausible because he testified going to Iris apartment with other Sunset members where allegedly he heard Iris and Santana getting into a heated argument after the incident but Santana was arrested together with most of the Sunset members at the scene and was not released until hours later. This contradict Garcia testimony because it could have been impossible for Garcia to be there present after the incident and miss that Santana was arrested with most of the Sunset members at the scene and also impossible for Santana been at Iris apartment after the incident while he was arrested at the precinct. On Garcia's testimony Garcia also mentioned other peoples were at the apartment except he did not mentioned Me or Bueno and couldn't mention none of the alleged Sunset member that got there with him. If Garcia would've be at the apartment after the incident the first two name mentioned by him would've been Bueno and Guerra.

In relation to Garcia false testimony that I was kidnapped after been given a green light by Sunset, Garcia testified that during the kidnapping he received and connected a jail call from Santana. Allegedly, Santana told them that nobody should touch me that I had completed the Beltre mission and that I also was to be given a set of my own "Sunset Burnside" where alleged by Garcia, I was to commit Racketeering activities; Robbery, distribution of substances and violent crimes all in behalf of Sunset. Garcia testimony apart from false its also contradictory because Garcia alleged they engaged in a mission to found out what happened to their fellow Sunset member Beltre who Santana told him was killed by the Crips, allegedly I was later kidnapped because I was one of the last person seen with Beltre before the incident but allegedly

during my kidnapping Santana called on a jail call and admitted to have order the murder and that I was carrying his mission. Not making sense at all.

In relation to this the prosecution has in its possession the recording audios of Santana jail phone calls of the time of his incarceration from 2013 to the end of the year of 2014. These jail phone calls recording audios are relevant in relation to the period of all prosecution allegations and Garcia's testimonies and they could reflect the following: 1) Santana speak freely about all Sunset affairs. 2)Santana freely mentioned everyone with who he had dealing with. 3) During 2013 or 2014 Santana never called Garcia or mentioned any dealing with him. 4) The alleged Santana phone call during the alleged kidnapping it is not on Santana 2014 jail phone calls and jail contraband cell phone were not on existences at that time on Rikers Island. 5) While Santana freely speak about everything, he never mentioned me or made any references of a new Sunset sub-set called "Sunset Burnside" and 6) Santana's phone calls reflect in general that I was never a sunset member and that Garcia's allegations are all false.

There's only one mention of my name in all of 2014 Santana jail's phone calls and the one time mentioned it was not mentioned by Santana but by Miguel Genao who while on a 3-way jail call with Santana he told Santana that he saw me at court and think I was in jail for murder. When Genao told this to Santana, Santana had no knowledge of the Correa incident or my brother been assaulted. Furthermore, Santana's lack of knowledge about the incidents demonstrate that there is no relation between Sunset and my brother assault or the Correa incident.

During Hector Bueno testimony Bueno did not mentioned anything about "Sunset-Burnside" and the prosecutor was not able to elicit this information from Bueno prior to Garcia testimony because Garcia did not even mentioned in any of the meeting with the prosecutor that "Sunset-Burnside" exist as a Sunset sub-set. Garcia just came up with that at the trial. I had the chance of noticing while reviewing the 3500-material at trial that during one of the meetings with the prosecution Garcia had even drawn a schema of Sunset and all its alleged Sub-sets projecting Sunset at the top and outlining the Sunset sub-sets below. On the drawing he did not acknowledged the existences of a Sunset subset named "Sunset Burnside".

In addition, Garcia's testified alleging I possesses guns, robbed drug dealers, and distributed the obtained narcotics substances of the robberies from a trap house or apartment located in a building at Burnside and Loring Place. Furthermore, Garcia testified that he allegedly frequented the apartment where I lived with my family, sold drugs and conducted gang meetings. But the true is that no such apartment existed and I never even lived at the building Garcia provided as the address or location of the alleged trap house. Around April 2014 I still lived and worked on N.J. while the mother of my child was expecting my daughter, after struggling coming to visit and leaving a midnight for work I was offered to move by Burnside at my daughter grandmother home who lived at 1844 Loring Place, a two-story family house dominated by kids at the time. She offered me to live with them and found me a different job. On July 2014, after suffering a work-related accident that putted me on disability, my mother in law putted me in charge of taking care of the house, cooking, cleaning and helping babysitting the kids for a weekly payment. Her testimony its available and there's also a lot of other witness who testimonies

contradict Garcia's allegations, the court only need to send an investigator to talk to people in the street.

In relation to all of Garcia allegations the prosecution also possesses my social media record from the period of Garcia alleged testimony and its aware that there isn't a least one picture which could reflect that I was involved in any illegal scheme or producing illegal money. My 2013-2014 Social Media account do not have Garcia or another known Sunset member as friends on my friend list. It also reflects that I never referred to Sunset in none of my posts and that I do not have any pictures with Garcia or any other known to be Sunset member.

Your honor, I can break down question by question and reply by reply how Garcia's testimony was all perjured and the prosecution knew it and knowingly presented and accepted his testimony.

It will not be hard to conclude that the prosecution was aware of Garcia's perjured testimony given that the flaw on Garcia testimony is that he tried too hard to provide damaging information about me which made his whole testimony vulnerable for the prosecution to know with anticipation that Garcia's testimonies was false.

Garcia's testimony was the only evidences presented in relation to the following allegations; That the Correa Incident was Sunset related, that I was involved in robberies, that I carried guns, that I was involved in distribution of Controlled Substance, that I was involved in a war behind drugs and territory, that I was a leader of a Sunset sub-set, that I was involved on robbing drugs dealers, that I was involved in Sunset affairs and all others allegations in which my conviction was based.

With the information above there's no dispute that Garcia provided testimony about me was false and a surprise to the defense, that the prosecution knows or should have known of falsehoods, and that without Garcia perjured testimony, the jury might have reached different conclusion. There is a reasonable reason to believe that Garcia testimony affected judgment of jury and your honor judgment of the motion for acquittal.

I need your honor help to bring the true to light in the interest of justice. As shown here I am entitled to a new trial and as with others concerns, my attorneys haven't address it to the court base on an ineffective assistance. I need your honor to take this information in consideration. In addition, I ask for a review of the judgment for acquittal within your honor discretion.

Respectfully Submitted,

*[signature]*

## Sunset Membership Evidences Issue

**-Instagram Picture;**

Your honor in relation with the picture presented at trial with the caption above that read ("Big f.. popote himself"), that picture was not taken by me or ever posted on my internet page. On the image I could be seen cached by surprise for the picture after I refused to participate in the picture on my own will. Someone else took this picture without my consent and after demanding that the picture do not be posted on the internet specifically for my case and my trial, the moron wanting to be a clown with his kid mentality go and posted the picture on his Instagram page with that caption above my image and after go told me – "now they will be said you'd the big tribu" while smiling like it was a joke. He refused to take it down and deleted, now look how the prosecution used against me at the trial.

But the picture was not even admissible at trial because it was not obtained from my property, a device I owned or my social media. It was obtained from a cell phone device found on an individual name Anthony Laporta a person unrelated to the case who took the picture from his devices, wrote the caption and posted it on his page. I never posted or promoted that picture on the internet, the picture in question was not recovered from my Instagram page as the prosecution alleged at trial.

**-The Gang Assessment Devens Form;**

The MFC Devens SIS staff Mr. Monette testified on direct examination how the Gang Assessment Form dated July 7, 2023 was allegedly produced from an intake interview he conducted at my arrival to the facility but the reality is that I did not arrived at Devens on July 7, 2023 but instead I arrived on July 6, 2023 and that form was not part of any intake interview I participated at my arrival prior to be housed as Mr. Monette testified at trial.

I recall that a day or two after my arrival I had a call out to what is called the prison bus station. When arriving at the location I was directed to go on the lieutenant office where I was to be interviewed by Devens SIS staffs. During my only interaction with SIS, three Staff where present and the interview was documented. In the report I am denying all gang affiliation. That report is from July 7, 2023, the same date and eventually same interview from which SIS staff Mr. Monette allegedly obtained the information for the Gang Assessment Form he presented at trial, but the form presented at trial contain a different information from the one I provided during the interview in which it is reported I am denying all gang affiliation. This report which recorded that I was denying all gang affiliation it's the same day and during the same interview as from where the alleged Form was produced and which challenges any possibility that I gave Mr. Monette the incriminating Sunset membership information on the Form produced at the trial.

My theory, which for me is fact and the true regarding this, is that Mr. Monette had only one reply on the form when I signed it. At one point I was asked about all the question on the form to which I replied denying any gang affiliations and the one questions with a reply on the form was about my status in the Devens prison population to which I responded that I was good. And I was handed the form to sign. When I signed the form, it was no references about Sunset or Trinitarios on the form, anything of that indole was to be added later.

In order of looking into the true origin of this evidences I recommend your honor revision of the following information; (date of arrival a Devens, the Devens records of all the intake interviews like medical, mental health, counselor and others to see if concurred with the date of Mr. Monette alleged intake interview. The SIS interview documentation report to show that its information content provided by me don't concur with the documented information on the form presented at trial when the date does concur in both of the form, concluding they are both from one and the same interview but contain different record of information and that the specific information that contain the produced form at trial was manipulated and not provided by me. This is definitive an act of corruption to prejudiced the outcome of my trial, that evidences material was a crucial evidence damaging enough to influenced the jury judgment.

Respectfully Submitted,

*[signature]*